IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00881-WYD-CBS

DONALD BRADLEY, and
PATRICIA BRADLEY,

      Plaintiffs,

v.

THE DENVER PUBLIC SCHOOLS,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order (*doc. no. 14)* is **GRANTED**.  The discovery deadline is extended up to and including **January 23, 2007**, and the dispositive motion deadline is extended to **February 23, 2007**.

**DATED:**      January 16, 2007