IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00881-WYD-CBS

DONALD BRADLEY; and
PATRICIA BRADLEY,

     Plaintiffs,

v.

THE DENVER PUBLIC SCHOOLS,

     Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal.  In consideration thereof, it is

ORDERED that the Complaint and causes of action are **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(1)(ii), the parties to pay their own costs and attorneys fees.  It is

FURTHER ORDERED that the Motion for Summary Judgment filed February 23, 2007, is **DENIED AS MOOT**.

Dated:  April 24, 2007

                                                     BY THE COURT:

                                                     s/ Wiley Y. Daniel
                                                     Wiley Y. Daniel
                                                     U. S. District Judge